IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RCC FABRICATORS, INC. | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 17-CV-05304 |
| UMOJA ERECTORS, LLC | : | |
| NORTH AMERICAN SPECIALTY | : | |
| INSURANCE COMPANY, | : | |
| Defendants | : | |

### S C H E D U L I N G   O R D E R

**AND NOW, THIS** 29th day of September 2020, a pre-trial scheduling order is entered as follows:

Pursuant to prior scheduling order of the court, discovery is believed complete, dispositive motions together with permissive joinder motions have been filed and are resolved. The case is now ready for final pre-trial preparation and submissions.

However, throughout the pendency of this case, it has been represented to the court that resolution or trial of this matter is dependent on resolution of matters in dispute set forth in separate litigation in this court, identified as: D.A. Nolt, Inc. v. The Philadelphia Municipal Authority, et al., EDPA Civil No. 18-cv-4997 GEKP. Review of the docket in No. 18-cv-4997 shows that the District Court has set a date certain for trial on 1/11/2021.

At this time, the court in the instant case wishes to enter a final pre-trial scheduling order, anticipating that the matter shall be ready for trial as of March 1, 2021, subject to any continuing standing orders of the District Court, or further case specific scheduling orders. Counsel is advised this case will be reassigned to another judge of the court on or after October 1, 2020.

**ACCORDINGLY, by Friday, October 30, 2020**, counsel for all litigants shall conference and submit on the docket a joint proposed final scheduling order intended to accomplish trial readiness as of March 1, 2021, and in conformance with any policies or procedures established by the judge on reassignment.

BY THE COURT:

S/ Linda K. Caracappa U.S.M.J.