IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RCC FABRICATORS, INC.,<br><br>               Plaintiff,<br><br>vs.<br><br>UMOJA ERECTORS LLC and NORTH AMERICAN SPECIALTY INSURANCE COMPANY,<br><br>               Defendants. | CIVIL ACTION<br><br>No. 2:17-cv-05304 |

**PROPOSED PRE-TRIAL SCHEDULING ORDER**

AND NOW, this ___ day of November 2020, upon consideration of the parties' joint proposed pre-trial scheduling order, it is ORDERED the schedule in the above-captioned matter is as follows:

- Discovery is concluded;

- A conference to discuss settlement shall take place on _____, 20___, at _____;

- Motions in limine are due February 5, 2021;

- Plaintiff and Defendants shall exchange witness lists, exhibits, deposition designations, and other evidence for the proposed pre-trial order by February 12, 2021, and any deposition counter-designation by February 16, 2021;

- Responses to motions in limine are due February 17, 2021;

- Plaintiff's pre-trial memorandum is due February 18, 2021;

- Defendants' pre-trial memoranda are due February 18, 2021;
- Final pre-trial conference shall be held on February 22, 2021, at _____ in Courtroom _____;
- Joint exhibit binder is to be submitted to chambers no later than 4:30 p.m. the day prior to trial;
- This matter is in the March 1, 2021 trial pool.

BY THE COURT:

_____
, U.S.M.J.