## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RCC FABRICATORS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UMOJA ERECTORS, LLC, et. al., | : | |
| Defendants. | : | No. 17-5304 |
| | : | |
| | : | |

### ORDER

AND NOW, on February 23, 2021, it is ORDERED that Defendant's Motion to Stay Proceedings (Doc. No. 56) is DENIED.

It is further ORDERED that the Bench Trial in this matter, scheduled for April 27, 2021 at 9:30 a.m. will proceed as scheduled remotely.

BY THE COURT:

/s/ Timothy R. Rice

TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE