IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RCC FABRICATORS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UMOJA ERECTORS, LLC, et al., | : | No. 17-5304 |
| Defendants. | : | |
| | : | |

**ORDER**

**TIMOTHY R. RICE**                                                                           **March 15, 2021**

AND NOW, on **March 15, 2021**, following a telephone conference with all counsel, it is ORDERED:

1. By **March 19, 2021**, counsel for each party shall serve on counsel for every other party:

(a) the original or a copy of each exhibit they expect to offer at trial. These exhibits shall be marked with consecutive numbers appropriately prefixed with an identifying letter of counsel's choice (i.e., P-1, P-2; D-1, D-2);

(b) curriculum vitae for each expert witness expected to testify; and

(c) a specific identification of each discovery item expected to be offered into evidence, including the names of all witnesses.

2. All dates and deadlines listed in my prior Order (doc. 48) shall remain in effect.

BY THE COURT:

_/s/ Timothy R. Rice_
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE