UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

CASE NO.: 2:17-CV-05304-JS

RETURN OF SERVICE

**RCC Fabricators, Inc.**

vs.

**Umoja Erectors, LLC et al.** /

ss.

I, **JOHN D. SCANLON**, a competent adult, being duly sworn according to law, depose and say that at **8:45am** on **04/22/2021**, I served **Pedro Pinto, Project Director Public Property** at **City Hall, Room 790, Philadelphia, PA 19107** in the manner described below:

☐ Defendant(s) personally served.

☐ Adult family member with whom said Defendant(s) reside(s). Relationship is _____.

☐ Adult in charge of Defendant(s) residence who refused to give name and/or relationship.

☐ Manager/Clerk of place of lodging in which Defendant(s) reside(s).

☐ Agent or person in charge of Defendant's office or usual place of business.

☐ _____ an officer of said Defendant's company.

☑ Other: **By Serving Thomas C. McDade III, Deputy Chief Of Staff, Dept. Of Public Property**

a true and correct copy of **Subpoena &$40.00 Witness Fee** issued in the above captioned matter.

Description:
Sex: **MALE** – Age: **45-50** – Skin: **WHITE** – Hair: **BALD** – Height: **5'10** – Weight: **220**

x _____
JOHN D. SCANLON
Best Legal Services, Inc.
1617 John F. Kennedy Blvd. Suite 805
Philadelphia, PA  19103
(215) 567-7777
Atty File#:    - Our File# **110026**

Law Firm: **Dean Weisgold, Esq.**
Attorney: **Dean Weisgold, Esq.**
Address: **1835 Market St. Suite 1215, Phila, PA, 19103**
Telephone: **215.979.7617**