UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RCC FABRICATORS, INC., | : |
| Plaintiff, | : CIVIL ACTION NO.: |
| | : 2:17-cv-05304-JS |
| UMOJA ERECTORS LLC, NORTH AMERICAN SPECIALTY INSURANCE COMPANY, | : |
| Defendants. | : |

### SUMMARY OF KEVIN LUMPKIN TESTIMONY

In order to shorten repetitive testimony by Kevin Lumpkin, it was stipulated by all the parties that he would testify that the following steel beams and related pieces were delivered by RCC Fabricators, Inc. to the PSSC site with fabrication errors which were not the result of field verification measurements:

Fifth Floor Steel:

1. 41B3, 41B3, 45FR3, 39B6, 40B6, 37B1, 35B3, 35B3, 35B4, 31B3, 32B4, 32B2, 31B1, 34B1,

   34B1, 29B1, 29B2

Penthouse Steel:

1. WTs PSSC Stiffner plates 30 pieces
2. 6B4, 13B1, 13B2, 16P6, 12B4, 12B1, 12B2,

Screen Wall Steel

1. 26VB2, 25B5, 25B2

CONNELL FOLEY

By: _____
Patrick Hughes, Esq.

LAW OFFICE OF DEAN WEISGOLD

By: _____
Dean Weisgold, Esq.

LAW & ASSOCIATES, L.L.C.

BY: _____
Tsiwen M. Law, Esq.
Counsel for Defendant, UMOJA Erectors LLC