IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RCC FABRICATORS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UMOJA ERECTORS, LLC, et al., | : | No. 17-5304 |
| Defendants. | : | |
| | : | |

**ORDER**

**TIMOTHY R. RICE**                                                                                   **June 22, 2021**

AND NOW, on **June 22, 2021**, it is ORDERED that each party may file a Response of no more than five (5) pages to the Proposed Findings of Fact and Conclusions of Law that were filed on June 18, 2021 (docs. 88-90) by **July 2, 2021**.

BY THE COURT:

_/s/ Timothy R. Rice_
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE

1