IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RCC FABRICATORS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UMOJA ERECTORS, LLC, et al., | : | No. 17-5304 |
| Defendants. | : | |
| | : | |

**ORDER**

**TIMOTHY R. RICE**                                                                                          June 12, 2021

AND NOW, on **July 12, 2021**, it is ORDERED that each party may file a Reply of no more than three (3) pages to the Responses to the Proposed Findings of Fact and Conclusions of Law that were filed on July 2, 2021 (docs. 92-93) by **July 15, 2021**.

BY THE COURT:

/s/ Timothy R. Rice

TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE

1