IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RCC FABRICATORS, INC., | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| UMOJA ERECTORS, LLC, et al., | : | No. 17-5304 |
| Defendants. | : | |
| | : | |

**ORDER**

AND NOW, on **August 6, 2021**, in accordance with the Findings of Fact and Conclusions of Law in my accompanying Memorandum Opinion, it is ORDERED that:

1. Judgment shall be entered in favor of Plaintiff RCC Fabricators, Inc.; and

2. The parties shall calculate damages as described in the Memorandum Opinion and submit a Proposed Order entering Judgment in that amount by **August 13, 2021**.

BY THE COURT:

_/s/ Timothy R. Rice_
TIMOTHY R. RICE
U.S. MAGISTRATE JUDGE