

Connell Foley LLP
Liberty View Building
457 Haddonfield Road
Suite 230
Cherry Hill, NJ 08002
P 856.317.7100

**Patrick J. Hughes**
Partner
Direct Dial 856.317.7103
PHughes@connellfoley.com

August 13, 2021

**VIA ECF**

Honorable Timothy R. Rice, U.S.M.J.
U.S.D.C. – Eastern District of Pennsylvania
3029 U.S. Courthouse
601 Market Street – Courtroom 3-G
Philadelphia, PA 19106

    Re:    <u>RCC Fabricators, Inc. vs. UMOJA Erectors, LLC, et al.</u>
              **Case No: 2:17-cv-05304-TR**

Dear Judge Rice:

    Pursuant to the Court's August 6, 2021 Memorandum Opinion, D.E. 99, and Order, D.E. 100, the Parties submit the accompanying Proposed Order entering Judgment in favor of RCC Fabricators, Inc.

    Respectfully submitted,

    **CONNELL FOLEY LLP**

    /s/ *Patrick J. Hughes*
    Patrick J. Hughes

PJH/ps

Roseland    Jersey City    Newark    New York    Cherry Hill    Philadelphia
www.connellfoley.com
6063919-1

## CERTIFICATE OF SERVICE

I, Patrick J. Hughes, hereby certify that on August 13, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's Electronic Case Filing ("ECF") system.  I further certify that, on this date, the foregoing was served upon all parties via transmission of a Notice of Electronic Filing generated by ECF.  I further certify that all parties to this action are represented by counsel of record who are registered users of ECF that have consented to receive electronic service.

DATE: August 13, 2021

By: *s/ Patrick J. Hughes*
Patrick J. Hughes
**CONNELL FOLEY LLP**
Liberty View Building, Suite 230
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 317-7100
phughes@connellfoley.com
*Counsel for Plaintiff RCC Fabricators, Inc.*