IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RCC FABRICATORS, INC. | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | |
| UMOJA ERECTORS, LLC | : | No. 17-5304-TR |
| NORTH AMERICAN SPECIALTY | : | |
| INSURANCE COMPANY | : | |
| Defendants | : | |
| | : | |

# ORDER

**AND NOW,** this 14th day of September, 2021, upon consideration of the Motion to Stay Execution of the Judgment Pending Appeal and to Approve Supersedeas Bond and any response thereto, it is hereby **ORDERED** and **DECREED** that the motion is **GRANTED**. The supersedeas bond proffered by Defendant North American Specialty Insurance Company ("North American"), in the amount of $215,606.33, is **HEREBY APPROVED**. Execution upon the Order entering Judgment in favor of RCC Fabricators, Inc. and against North American dated August 13, 2021, is **HEREBY STAYED** pending disposition of North American's appeal from said Order before the United States Court of Appeals for the Third Circuit.

**BY THE COURT:**

/s/ Timothy R. Rice