# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 21-2650

RCC Fabricators, Inc. v. Umoja Erectors, LLC, et al

(U.S. District Court No.: 2-17-cv-05304)

## ORDER

In accordance with the agreement of the parties in the above-captioned case, the matter is hereby dismissed pursuant to Fed. R. App. P. 42(b), without cost to either party. A certified copy of this order is issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated:     September 12, 2022
DW/cc:   Patrick J. Hughes, Esq.
            Tsiwen M. Law, Esq.
            Lisa J. Trembly, Esq.
            Dean E. Weisgold, Esq.
            Mr. George V. Wylesol, Esq.

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate